

PATRICK KEANEY
U.S. COURT CLERK

TELEPHONE
918-684-7920

United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

TO ALL COUNSEL OF RECORD AND/OR PRO SE PARTIES:

Attached is a consent form on which the parties may consent from the jurisdiction of a United States District Judge to the jurisdiction of a United States Magistrate Judge for final disposition of this case.

A party who wishes to consent to trial before a Magistrate Judge should confer with the other parties in the case and, if all parties consent, forward a consent form electronically, complete with "s/signatures", to the Office of the Clerk. Submission must be made to the Clerk via the designated mailbox at Consents_OKED@oked.uscourts.gov. A text version of the Consent form is available on our public website at www.oked.uscourts.gov.

Sincerely,

Patrick Keaney
Court Clerk
United States District Court
Eastern District of Oklahoma

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) ) | |
| vs. | ) | Case No. |
| Defendant(s). | ) ) ) ) | |

## NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

In accordance with 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73 and Local Civil Rule 73.1, the Court gives notice that a United States Magistrate Judge of this district court is available to conduct all proceedings in this civil action (including a jury or non-jury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. <u>A magistrate judge may exercise this authority only if all parties voluntarily consent</u>. The parties may consent to have their case referred to a magistrate judge or may withhold their consent without adverse substantive consequences.

## CONSENT TO A MAGISTRATE JUDGE'S AUTHORITY

The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment and all post-trial proceedings.

Party Represented             Signature of Attorney             Date

_____

_____

_____

## ORDER OF REFERENCE TO A MAGISTRATE JUDGE

[ ]  IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is GRANTED. The above-captioned case is hereby referred to United States Magistrate Judge _____ to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73 and pursuant to the consent of the parties.

[ ]  IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is DENIED.

_____               _____
DATE                                                        UNITED STATES DISTRICT JUDGE