IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STEPHEN SAMUELS,

    Plaintiff,

vs.

Case No. **18-CIV-341-RAW-KEW**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,
    Defendant.

## ORDER

On March 12, 2020, Magistrate Judge West entered her Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff [Docket No. 19]. On March 23, 2020, Plaintiff filed an Objection to the Magistrate Judge's Report and Recommendation [Docket No. 20] raising three issues, namely "Listings," "RFC" and "Step Five," all of which were fully addressed in the Magistrate's report. The Commissioner responded on March 30, 2020 in his Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation [Docket No. 21] requesting that the court accept the Magistrate Judge's recommendation and affirm the Commissioner's decision.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported and well-reasoned.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's findings and order. The decision of the Commissioner is affirmed.

ORDERED THIS 30th DAY OF MARCH, 2020.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE