# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN SAMUELS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. **18-CIV-341-RAW-KEW** |

## **JUDGMENT**

This action has come before the court for consideration, and an order affirming the decision of the Commissioner has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the court's order.

Ordered this 30th day of March, 2020.

_____
RONALD A. W HITE
UNITED STATES DISTRICT JUDGE